UNITED STATES BANKRUPTCY
COURT MIDDLE DISTRICT OF
FLORIDA ORLANDO DIVISION

In re:

    Power Concrete Products, Inc.                Case No. 6:13-bk-02422-RAC
                                                                           Chapter 7

                              Debtor (s)

NOTICE OF DEPOSITING FUNDS TO REGISTRY OF THE COURT

      COMES NOW, Dennis D Kennedy, as trustee of the above styled case and respectfully shows that pursuant to the Notice of Trustee's Proposed Distribution dated October 23, 2015 and the Order Directing Disbursement of Funds, dated October 26, 2015 the trustee has disbursed the entire amount in the trustee's account; that all checks have cleared with the exception of the following:

| Claim Number | Claimant and Address | Amount |
|---|---|---|
| 7 | Internal Revenue Service<br>Post Office Box 7346<br>Philadelphia, PA 19101-7346 | $4,153.33 |

      For checks returned as undeliverable, no forwarding address was on file and all attempts to locate the claimants were futile. For checks not cashed, more than 90 days has elapsed since the distribution of the final dividend, and a "stop payment" has been made with the bank.

      Pursuant to the provisions of 11 U.S.C., §347, the undersigned provides checks in the afore-mentioned amounts payable to the Registry of the Court; and states that the claimants entitled thereto are listed above and that their addresses as far as known, are given above.

A copy of this notice and the original check have been mailed to the attention of Financial Administrator, United States Bankruptcy Court, 801 North Florida Avenue, Tampa, Florida 33602 on this Tuesday, September 30, 2016.

Dated: September 30, 2016

/s/ Dennis D Kennedy
Dennis D Kennedy, Trustee
P O Box 541848
Merritt Island, FL 32954
(321) 455-9744

Copies furnished by U.S. Mail or Electronically to:
U.S. Trustee, 400 W. Washington St., Suite 1100, Orlando, FL 32801
Internal Revenue Service, Post Office Box 7346, Philadelphia, PA 19101-7346
Power Concrete Products, Inc, 2207 Silver Star Rd., Orlando FL 32804
L Todd Budgen, Budgen Law Group, PO Box 520546, Longwood, FL 32752-0546